City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Continental Finance Co
Attn: Bankruptcy Attn: Bankruptcy
4550 Linden Hill Rd , Ste 4
Wilmington, DE 19808-2952

Cornerstone
120 N Seven Oaks Drive
Knoxville, TN 37922

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107

Halsted Financial
PO Box 828
Skokie, IL 60076

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jared-galleria/genesis
Po Box 4485
Beaverton, OR 97076

Lockhart Morris & Montgomery, Inc.
Attn: Bankruptcy Attn: Bankruptcy
1401 N Central Expressway , Ste 225
Richardson, TX 75080

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Merrick Bank/Card Works
Attn: Bankruptcy
P.O. Box 5000
Draper, UT 84020-5000

Nationwide
One Nationwide Plaza
Columbus, OH 43215

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Paramount Capital Group
Attn: Bankruptcy 1150 1st Ave #1001
King of Prussia, PA 19406

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Co Drs
34 S 11th St Rm 304
Philadelphia, PA 19107

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Police & Fire FCU
901 Arch Street
Philadelphia, PA 19107

Radius Global Solution
Attn: Bankruptcy Attn: Bankruptcy
7831 Glenroy , Ste 250
Edina, MN 55439

Santander Consumer Usa
Attn: Bankruptcy
PO Box 961211
Fort Worth, TX 76161

State Farm
504 Bath Road
Bristol, PA 19007

Synchrony Bank/Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

U.S. Small Business Admin.
Office of General Counsel
PO Box 3918
Portland, OR 97208

Wells Fargo Bank NA
Attn: Bankruptcy 1 Home Campus MAC X2303-01A 3rd Floor
Des Moines, IA 50328

Wells Fargo Dealer Services
Attn: Bankruptcy 1100 Corporate Center Drive
Raleigh, NC 27607

Wells Fargo Personal Lines &
Loan
Attn: Bankruptcy 1 Home Campus
MACX2303-01A
Des Moines, IA 50328