**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Frank McDonald,<br><br>　　　　　　　*Debtor*. | Case No. 25-10935-AMC<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee to be served on the following creditors added to the amended matrix by first class mail, postage prepaid:

Nationwide
One Nationwide Plaza
Columbus, Ohio 43215

State Farm
504 Bath Rd
Bristol, PA 19007

U.S. Small Business Admin.
Office of General Counsel
PO Box 3918
Portland, OR 97208

Halsted Financial
P.O Box 828
Skokie, IL 60076

Jared Galleria
P.O Box 4485
Beaverton, OR  97076

| | |
|---|---|
| Dated: April 2, 2025 | /s/ Michael A. Cibik<br>Michael A. Cibik (#23110)<br>Cibik Law, P.C<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>215-735-1060<br>help@cibiklaw.com |