Certificate Number: 16339-PAE-DE-039524415

Bankruptcy Case Number: 25-10935



16339-PAE-DE-039524415

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on April 6, 2025, at 7:05 o'clock PM EDT, Frank McDonald completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 6, 2025                By:    /s/Kelley Tipton

                                    Name:  Kelley Tipton

                                    Title: Certified Financial Counselor