Certificate Number: 16339-PAE-DE-039524415

Bankruptcy Case Number: 25-10935



16339-PAE-DE-039524415

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 6, 2025, at 7:05 o'clock PM EDT, Frank McDonald completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 6, 2025            By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor