United States Bankruptcy Court
Eastern District of Pennsylvania

In re:            Case No. 25-10935-amc
Frank McDonald           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jun 25, 2025      Form ID: 318      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Frank McDonald, 1609 S Broad St Apt 3f, Philadelphia, PA 19148-1003 |
| 14985687 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14985688 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14994093 | + | State Farm, 504 Bath Road, Bristol, PA 19007-3105 |
| 14985695 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jun 26 2025 04:42:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 26 2025 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14985671 | | Email/Text: megan.harper@phila.gov | Jun 26 2025 00:48:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14985673 | | Email/Text: cfcbackoffice@contfinco.com | Jun 26 2025 00:47:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14985672 | | Email/Text: bankruptcy@philapark.org | Jun 26 2025 00:48:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14985674 | ^ | MEBN | Jun 26 2025 00:43:04 | Cornerstone, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 14985675 | + | EDI: CCS.COM | Jun 26 2025 04:42:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14985676 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 26 2025 00:46:16 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14985677 | + | EDI: AMINFOFP.COM | Jun 26 2025 04:42:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14994089 | | Email/Text: reports@halstedfinancial.com | Jun 26 2025 00:47:00 | Halsted Financial, PO Box 828, Skokie, IL 60076 |
| 14985678 | | EDI: IRS.COM | Jun 26 2025 04:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14994090 | + | EDI: PHINGENESIS | Jun 26 2025 04:42:00 | Jared-galleria/genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 14985679 | + | Email/Text: bankruptcy@lmminc.com | Jun 26 2025 00:47:00 | Lockhart Morris & Montgomery, Inc., Attn: Bankruptcy Attn: Bankruptcy, 1401 N Central |

Case 25-10935-amc  Doc 22  Filed 06/27/25  Entered 06/28/25 00:42:20  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 318 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | Expressway , Ste 225, Richardson, TX 75080-4456 |
| 14985680 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2025 00:46:19 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14985681 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 26 2025 00:46:49 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 14994091 | ^ | MEBN | Jun 26 2025 00:42:11 | Nationwide, One Nationwide Plaza, Columbus, OH 43215-2239 |
| 14985682 | | EDI: AGFINANCE.COM | Jun 26 2025 04:41:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14985684 | | Email/Text: fesbank@attorneygeneral.gov | Jun 26 2025 00:47:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14985683 | + | Email/Text: acarter@paracap.com | Jun 26 2025 00:47:00 | Paramount Capital Group, Attn: Bankruptcy 1150 1st Ave #1001, King of Prussia, PA 19406-1393 |
| 14985685 | | EDI: PENNDEPTREV | Jun 26 2025 04:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14986334 | | EDI: PENNDEPTREV | Jun 26 2025 04:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14985686 | ^ | MEBN | Jun 26 2025 00:42:49 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14985689 | | Email/Text: bankruptcy@philapark.org | Jun 26 2025 00:48:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14985690 | + | Email/Text: bankruptcy1@pffcu.org | Jun 26 2025 00:47:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14985691 | + | Email/Text: ngisupport@radiusgs.com | Jun 26 2025 00:47:00 | Radius Global Solution, Attn: Bankruptcy Attn: Bankruptcy, 7831 Glenroy , Ste 250, Edina, MN 55439-3117 |
| 14985692 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2025 00:47:00 | Santander Consumer Usa, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14985693 | + | EDI: SYNC | Jun 26 2025 04:41:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14985694 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 26 2025 00:47:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14994094 | + | Email/Text: bankruptcynotices@sba.gov | Jun 26 2025 00:47:00 | U.S. Small Business Admin., Office of General Counsel, PO Box 3918, Portland, OR 97208-3918 |
| 14985696 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 26 2025 00:59:55 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14985697 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 26 2025 00:59:36 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |
| 14985698 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 26 2025 00:59:36 | Wells Fargo Personal Lines & Loan, Attn: Bankruptcy 1 Home Campus MACX2303, Des Moines, IA 50328-0001 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 25-10935-amc  Doc 22  Filed 06/27/25  Entered 06/28/25 00:42:20  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 318 | Total Noticed: 37 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14994092 | * | Pennsylvania Attorney, General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Frank McDonald help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Frank McDonald**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8130<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–10935–amc | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Frank McDonald

6/24/25                                                                                 **By the court:**   Ashely M. Chan
                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                 **Order of Discharge**                                 page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**